# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON, | Case No. CV 19-07382 FMO (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| SUPERIOR COURT, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: September 3, 2019

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE